In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00355-CV**
_____

**IN THE INTEREST OF B.J.B.**

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C190751-D**

**MEMORANDUM OPINION**

Following a final bench trial, the trial court terminated Mother's and Father's parent-child relationship with their six-year-old child, B.J.B.[1] The judgment states the trial court found, by clear and convincing evidence, that Mother and Father engaged in conduct that violated section 161.001(b)(1).[2] The trial court also found that terminating Mother's and Father's parent-child relationship with B.J.B. is in B.J.B.'s best interest.

---

[1]The order also terminated Father's parental rights, but Father does not appeal.
[2]*See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (N), (O).

1

Mother filed a timely notice of appeal from the judgment. Father, however, did not. In Mother's appeal, Mother's court-appointed attorney filed a brief. The brief filed in Mother's appeal provides the Court with a professional evaluation of the record. According to the brief, no arguable grounds exist to support Mother's appeal.[3] Mother's attorney certified she sent Mother a copy of the brief, and upon receiving the brief, the Clerk of the Ninth Court of Appeals notified Mother she had the right to file a pro se response. Even so, the appellate record shows Mother did not respond.

We have independently reviewed the record. Based on that review, we find Mother's appeal is frivolous. Accordingly, we need not appoint another attorney to re-brief the appeal.[4]

Based on the above, the trial court's judgment is

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on February 22, 2022
Opinion Delivered March 3, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

---

[3]*See Anders v. California*, 386 U.S. 738 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.).
[4]*Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).